NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC.,**
*Plaintiff-Cross Appellant,*

v.

**CANON INC. and CANON U.S.A., INC.,**
*Defendants,*

**and**

**FUJI PHOTO FILM CO. LTD. (now FUJIFILM Corporation), FUJI PHOTO FILM U.S.A. INC. (now FUJIFILM North America Corporation), and FUJIFILM AMERICA INC. (now FUJIFILM Holdings America Corporation),**
*Defendants-Appellants.*

---

2009-1052, 2010-1137, -1140

---

Appeals from the United States District Court for the District of Delaware in case no. 03-CV-0241, Judge Joseph J. Farnan, Jr.

---

**ON MOTION**

---

**ORDER**

Upon consideration of the motion to withdraw Scott M. Flaherty as counsel for St. Clair Intellectual Property Consultants, Inc.,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**AUG   2 2010**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Ronald J. Schutz, Esq.
     Steven J. Routh, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 02 2010

JAN HORBALY
CLERK